**Order entered October 26, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00884-CR

**RUDOLPH EDMONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-70406-U**

## ORDER

The reporter's record was due September 18, 2017. When it was not filed, we notified court reporter Sasha Brooks that it was overdue and directed that she file the complete reporter's record by October 19, 2017. To date, the reporter's record has not been filed and we have had no communication from Ms. Brooks.

We **ORDER** Sasha Brooks to file the reporter's record in this appeal **WITHIN TWENTY DAYS** of the date of this order. We caution Ms. Brooks that the failure to file the reporter's record by that time will result in the Court utilizing whatever remedies it has available, including ordering that she not sit until the complete reporter's record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
          JUSTICE